UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BSC GROUP, INC., and<br>BSC COMPANIES, INC.,<br>f/k/a The BSC Group, Inc.,<br><br>    Defendants. | Civil Action No. 05-10046 (GAO) |

PLAINTIFF CHICAGO TITLE INSURANCE COMPANY'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, plaintiff Chicago Title Insurance Company, a Missouri corporation, discloses that it is a wholly owned subsidiary of Chicago Title and Trust Company, an Illinois corporation, which is a wholly owned subsidiary of Fidelity National Financial, Inc., a Delaware corporation, which is a publicly held company.

                                          Respectfully submitted,

                                          CHICAGO TITLE INSURANCE COMPANY,

                                          By its attorneys,

                                          /s/ Bruce S. Barnett
                                          _____
                                          E. Randolph Tucker (BBO #503845)
                                          Michael D. Vhay (BBO #566444)
                                          Bruce S. Barnett (BBO # 647666)
                                          DLA PIPER RUDNICK GRAY CARY US LLP
                                          One International Place, 21st Floor
                                          100 Oliver Street
                                          Boston, MA  02110-2613
                                          (617) 406-6000 (telephone)
                                          (617) 406-6100 (fax)

Dated:  January 11, 2005.

~BOST1:316092.v1
220130-32