UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 12: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHICAGO TITLE INSURANCE COMPANY,

Plaintiff,

v.

BSC GROUP, INC., and
BSC COMPANIES, INC.,
f/k/a The BSC Group, Inc.,

Defendants.

Civil Action No. 05-10046 (GAO)

## NOTICE OF FIRM NAME CHANGE

Please take notice that the Law Firm of Piper Rudnick LLP has changed its name to DLA Piper Rudnick Gray Cary US LLP. All Future correspondence should be addressed as follows:

**DLA PIPER RUDNICK GRAY CARY US LLP**
**One International Place, 21st Floor**
**100 Oliver Street**
**Boston, MA 02110-2613**
**(617) 406-6000 (telephone)**
**(617) 406-6100 (fax)**

1

~BOST1:320238.v1
220130-32

CHICAGO TITLE INSURANCE COMPANY,

By its attorneys,

_____
E. Randolph Tucker (BBO #503845)
Michael D. Vhay (BBO #566444)
Bruce S. Barnett (BBO # 647666)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  March 15, 2005

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon all counsel of record by first class U.S. mail on March 15, 2005.

_____
E. Randolph Tucker