# UNITED STATES DISTRICT COURT

District of   Massachusetts

CHICAGO TITLE INSURANCE COMPANY

V.

BSC GROUP, INC., and
BSC COMPANIES, INC.,
f/k/a THE BSC GROUP, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05.10046 GAO**

TO: (Name and address of Defendant)

BSC Group, Inc.
425 Summer Street
Boston, MA  02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce S. Barnett, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 1-7-05

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  N/A (see below) |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service accepted by Defendants' counsel (see below).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date             Signature of Server

            _____
            Address of Server

   I, Nancy Reimer, counsel for BSC Group, Inc., accepted service of this summons and a copy of the Complaint in this action on January __, 2005 on behalf of BSC Group, Inc.

            /s/ Nancy M. Reimer
            _____
            Nancy M. Reimer, Esq.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.