UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>BSC GROUP, INC., and<br>BSC COMPANIES, INC.,<br>f/k/a The BSC Group, Inc.,<br><br>        Defendants. | Civil Action No. 05-cv-10046 (GAO) |

JOINT STATEMENT

The Plaintiff, Chicago Title Insurance Company ("Chicago"), and the Defendants, BSC Group, Inc., and BSC Companies, Inc. (collectively, "BSC"), through their counsel, hereby submit the following Joint Statement, which is substantively identical to the Joint Statement being filed by the parties in related case <u>Stewart Title Guaranty Co. v. Chicago Title Insurance Co. v. BSC Group, Inc</u>., C.A. No. 04-10783-GAO.

Joint Discovery Plan

1. Initial disclosures under Fed. R. Civ. P. 26(a)(1) to be made by August 31, 2005.

2. All written discovery, excluding requests for admission, shall be served on or before September 30, 2005. No party may conduct any discovery until it has made its initial disclosures.

3. All depositions shall be conducted on or before January 31, 2006.

1

~BOST1:375994.v1

4. Chicago shall disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by November 30, 2005.  BSC shall disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by December 30, 2005.

5. Requests for admission shall be served by January 17, 2006.

Proposed Schedule for the Filing of Motions

1. Amended pleadings, if any, to be served by August 31, 2005.

2. Motions for Summary Judgment shall be filed on or before March 15, 2006.

3. Pretrial Disclosures to be made within the times set forth in Fed. R. Civ. P. 26(a)(3).

4. The parties request that trial be scheduled within approximately twelve months of the initial scheduling conference.

Alternative Dispute Resolution and Trial by Magistrate Judge

The parties agree to engage in mediation through the alternative dispute resolution program administered by the United States District Court for the District of Massachusetts, or through any other mediator agreed upon by the parties.  The parties do not, at this time, consent to trial before a Magistrate Judge.

~BOST1:375994.v1

---

Certifications

The parties and their counsel will file separate certifications in accordance with Local Rule 16.1(D)(3).

| CHICAGO TITLE INSURANCE COMPANY<br>By its attorneys, | BSC GROUP, INC.<br>BSC COMPANIES, INC.<br>By their attorneys, |
|---|---|
| _____/s/ Bruce S. Barnett_____<br>E. Randolph Tucker (BBO #503845)<br>Michael D. Vhay (BBO #566444)<br>Bruce S. Barnett (BBO #647666)<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place, 21st floor<br>100 Oliver Street<br>Boston, MA 02110-2613<br>Phone: 617-406-6000<br>Fax: 617-406-6100 | _____/s/ Nancy M. Reimer_____<br>David J. Hatem (BBO #225700)<br>Nancy M. Reimer (BBO #555373)<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>Phone: 617-406-4500<br>Fax: 617-406-4501 |

Dated: July 7, 2005

~BOST1:375994.v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>     v.<br><br>BSC GROUP, INC., and<br>BSC COMPANIES, INC.,<br>f/k/a The BSC Group, Inc.,<br><br>     Defendants. | Civil Action No. 05-cv-10046 (GAO) |

AGENDA

The Plaintiff, Chicago Title Insurance Company, and the Defendants, BSC Group, Inc., and BSC Companies, Inc., through their counsel, hereby submit the following Agenda for the Scheduling Conference set for July 19, 2005, at 2:00 p.m., which is substantively identical to the Agenda being filed by the parties in related case Stewart Title Guaranty Co. v. Chicago Title Insurance Company v. BSC Group, Inc., United States District Court for the District of Massachusetts Docket No. 04-10783-GAO.

1. Establish a deadline for filing amended pleadings to conform to the events following the commencement of the case.

2. Discuss the possible consolidation of the case with Stewart Title Guaranty Co. v. Chicago Title Insurance Company v. BSC Group, Inc., United States District Court for the District of Massachusetts Docket No. 04-10783-GAO.

3. Establish a discovery schedule.

4. Establish a schedule for dispositive motions.

5. Set dates for the final pretrial conference and trial.

~BOST1:375994.v1

6. Address the issue of possible trial before a Magistrate Judge.

7. Explore settlement options, including mediation.


| CHICAGO TITLE INSURANCE COMPANY | BSC GROUP, INC. BSC COMPANIES, INC. |
|---|---|
| By its attorneys, | By their attorneys, |

| _____/s/ Bruce S. Barnett_____ | \_\_\_\_\_/s/ Nancy M. Reimer_____ |
|---|---|
| E. Randloph Tucker (BBO #503845) | David J. Hatem (BBO #225700) |
| Michael D. Vhay (BBO #566444) | Nancy M. Reimer (BBO #555373) |
| Bruce S. Barnett (BBO #647666) | Donovan Hatem LLP |
| DLA Piper Rudnick Gray Cary US LLP | Two Seaport Lane |
| One International Place, 21st floor | Boston, MA 02210 |
| 100 Oliver Street | Phone: 617-406-4500 |
| Boston, MA 02110-2613 | Fax: 617-406-4501 |
| Phone: 617-406-6000 | |
| Fax: 617-406-6100 | |

Dated: July 7, 2005

~BOST1:375994.v1