UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS PRINCIPAL FINANCE LLC, et al.,<br><br>    Defendants. | Civil Action No. 04-10783-GAO |
| CHICAGO TITLE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BSC GROUP, INC., et al.,<br><br>    Defendants. | Civil Action No. 05-10046-GAO |

## CONSOLIDATED REVISED RULE 16 JOINT STATEMENT

The parties to these consolidated actions submit the following Joint Statement.

**Joint Discovery Plan**

1. Initial disclosures under Fed. R. Civ. P. 26(a)(1) to be made by September 7, 2005.

2. All written discovery, excluding requests for admission, shall be served on or before September 30, 2005. No party may conduct any discovery until it has served its initial disclosures.

3. Non-expert depositions shall be conducted on or before January 31, 2006.

4. Stewart and Chicago shall disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by March 15, 2006. BSC shall disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by March 30, 2006.

5. Expert depositions shall be completed by May 1, 2006.

6. Requests for admission shall be served by May 15, 2006.

**Proposed Schedule for the Filing of Motions**

1. Amended pleadings, if any, to be served by September 7, 2005.

2. Motions for Summary Judgment shall be filed on or before June 30, 2006.

3. Pretrial Disclosures to be made within the times set forth in Fed. R. Civ. P. 26(a)(3).

**Pre-Trial and Trial**

As established by the Court at its Rule 16 conference:

1. A status conference is set for February 16, 2006 at 2 p.m.

2. The final pretrial conference is set for Thursday, September 7, 2006.

3. The case is set for trial on Monday, September 18, 2006.

**Alternative Dispute Resolution and Trial by Magistrate Judge**

The parties agree to engage in mediation before June 15, 2006 through the alternative dispute resolution program administered by the United States District Court for the District of Massachusetts, or through any other mediator agreed upon by the parties. The parties do not, at this time, consent to trial before a Magistrate Judge.

**Certifications**

The parties have filed certifications in accordance with Local Rule 16.1(D)(3).

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | BSC GROUP, INC. BSC COMPANIES, INC. |
| By its attorneys, | By their attorneys, |
| ____/s/ Michael D. Vhay_____ | __/s/ Nancy M. Reimer (by consent)____ |
| E. Randolph Tucker (BBO #503845) | David J. Hatem (BBO #225700) |
| Michael D. Vhay (BBO #566444) | Nancy M. Reimer (BBO #555373) |
| Bruce S. Barnett (BBO #647666) | DONOVAN HATEM LLP |
| DLA PIPER RUDNICK GRAY CARY US LLP | Two Seaport Lane |
| One International Place, 21st floor | Boston, MA 02210 |
| 100 Oliver Street | Phone: 617-406-4500 |
| Boston, MA 02110-2613 | Fax: 617-406-4501 |
| Phone: 617-406-6000 | |
| Fax: 617-406-6100 | |

STEWART TITLE GUARANTY COMPANY,
By its attorneys,


____/s/ Thomas M. Looney (by consent)
Thomas M. Looney (BBO #555040)
Richard E. Gentilli (BBO #189080)
BARTLETT HACKETT FEINBERG, PC
10 High Street, Suite 920
Boston, MA  02110
Phone: 617-422-0200
Fax: 617-896-6274


Dated: September 2, 2005