# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Chicago Title Insurance Company__
      **Plaintiff**

V.            CIVIL CASE NO. __04-10046-GAO__

__BSC Group, Inc. and BSC Companies, Inc.__
      **Defendants**

## NOTICE and ORDER

**PLEASE TAKE NOTICE** that the above-entitled case has been set for __A mediation hearing__ at __10:00__ A.M. before Magistrate Judge __Bowler__ in Courtroom # __25__ on the __7th__ floor.

All parties with binding settlement authority are required to attend, leave of Court is required for any exceptions. All confidential meditation briefs are to be submitted to the Court via facsimile at (617) 204-5833 no later than 48 hours prior to the hearing.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

__2/8/2006__                          By: __/s/ Marc K. Duffy__
**Date**                                        **Deputy Clerk**

(ADR Notice (Chicago Title).wpd - 3/7/2005)