UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UBS PRINCIPAL FINANCE LLC, et al.,<br>    Defendants. | Civil Action No. 04-10783-GAO |
| CHICAGO TITLE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>BSC GROUP, INC., et al.,<br>    Defendants. | Civil Action No. 05-10046-GAO |

**ASSENTED MOTION TO CONTINUE MEDIATION DATE**

    The defendant, BSC Group, Inc., through counsel, hereby requests that this Court continue the mediation currently scheduled for April 27, 2006 until a date after July 7, 2006. As ground for this motion, BSC Group, Inc. states that on April 7, 2006 the plaintiffs produced additional information and documents to support their claim. The BSC Group needs the additional time to review and analyze the material to ensure the mediation will be worthwhile for all parties.

| | |
|---|---|
| Respectfully submitted by, | Respectfully submitted by, |
| BSC GROUP, INC. and<br>BSC COMPANIES, INC.,<br>f/k/a THE BSC GROUP, INC.,<br>by their attorneys, | CHICAGO TITLE INSURANCE COMPANY<br><br>By its attorneys, |
| /s/ Nancy M. Reimer<br>David J. Hatem, Esq. (BBO #225700)<br>Nancy M. Reimer, Esq. (BBO #555373)<br>Nicholas A. Ogden, Esq. (BBO #644007)<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>Tel:  (617) 406-4500<br>Fax: (617) 406-4501<br>Dated: April 24, 2006 | /s/ Michael D. Vhay<br>E. Randolph Tucker, Esq. (BBO #503845)<br>Michael D. Vhay, Esq. (BBO #566444)<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place, 21st floor<br>100 Oliver Street<br>Boston, MA 02110-2613<br>Phone: 617-406-6000<br>Fax: 617-406-6100<br>Dated: April 24, 2006 |

Respectfully submitted by,

STEWART TITLE GUARANTY
COMPANY,
By its attorneys,

/s/ Thomas M. Looney
Thomas M. Looney, Esq. (BBO #555040)
Richard E. Gentilli, Esq. (BBO #189080)
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
Phone: 617-422-0200
Fax: 617-422-0383
Dated: April 24, 2006

**ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

00995841

## ORDER

The foregoing Motion to Continue Mediation Date is here by ORDERED:

    GRANTED / DENIED.

 

_____

Judge / Clerk

## CERTIFICATE OF SERVICE

  I, Nancy M. Reimer, hereby certify that on this 24th day of April, 2006 I served a copy of the foregoing by first class mail, postage prepaid on the following:

E. Randolph Tucker, Esq.  
Michael D. Vhay, Esq.  
DLA Piper Rudnick Gray Cary Us LLP  
One International Place, 21st Floor  
100 Oliver Street  
Boston, MA  02110-2613

Thomas M. Looney, Esquire  
Bartlett Hackett Feinberg P.C.  
155 Federal Street, 9th Floor  
Boston, MA 02110

         /s/ Nancy M. Reimer_____  
         Nancy M. Reimer

00995841